# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

141775

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 141775
        COA: 299144
        Ottawa CC: 09-033768-FH

CLARENCE DAVID HOGGARD,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 23, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010                                    

1213                                                          Clerk